1  SNELL & WILMER L.L.P.
   BECCA WAHLQUIST (State Bar No. 215948)
2  E-mail:  bwahlquist@swlaw.com
   350 S. Grand Avenue, Suite 2600
3  Los Angeles, CA  90071
   Telephone: (213) 929-2544
4  Facsimile: (213) 929-2525

5  *Attorneys for Defendant*
   DIRECTV, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  Samuel Anderson,                      Case No. 2:14-cv-01761-JAM-CKD

12              Plaintiff,                **JOINT STIPULATION EXTENDING**
                                          **TIME FOR DEFENDANT DIRECTV**
13       vs.                              **TO RESPOND TO COMPLAINT**
                                          **AND ORDER THEREON**
14  DIRECTV, LLC; and DOES 1-10,          **[Local Rule 144(a)]**
    inclusive,
15                                        Complaint Served:  August 6, 2014
               Defendants.
16                                        Current Response Date:  August 27, 2014

17                                        Proposed Date:  September 24, 2014

18                                        Judge:  John A. Mendez

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 144(a), Plaintiff Samuel Anderson ("Plaintiff"), and

2  Defendant DIRECTV, LLC ("DIRECTV"), by and through their respective

3  counsel, hereby stipulate to grant DIRECTV twenty-eight (28) additional days to

4  respond to Plaintiff's Complaint as set forth below:

5    WHEREAS, Plaintiff filed a Complaint on July 25, 2014 naming DIRECTV

6  as a defendant in the action;

7    WHEREAS, on August 6, 2014, Plaintiff served DIRECTV with the

8  Summons and Complaint;

9    WHEREAS, pursuant to Federal Rule of Civil Procedure 12, DIRECTV's

10  response to Plaintiff's Complaint is due August 27, 2014;

11    WHEREAS, DIRECTV requires additional time to investigate Plaintiff's

12  allegations before responding to the Complaint;

13    WHEREAS, in the interest of justice and in an effort to enhance judicial

14  efficiency and preserve resources, Plaintiff agrees to grant DIRECTV additional

15  time in which to respond to the Complaint;

16    WHEREAS, the extension sought will not alter the date of any event or

17  deadline already fixed by Court Order.

18    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND

19  AGREE that the time in which DIRECTV shall respond to the Complaint in this

20  action shall be continued until September 24, 2014.

21

22    Respectfully submitted,

23  DATED:    August 26, 2014    SNELL & WILMER L.L.P.

24

25    By: /s/ Becca Wahlquist
                                    Becca Wahlquist
26                                  Attorneys for DIRECTV, LLC

27

28

1

1  DATED:    August 26, 2014          LEMBERG LAW, LLC

2

3                                      By: /s/ Trinette G. Kent, as authorized on
                                       August 26, 2014

4                                          Trinette G. Kent

5                                          Attorneys for Samuel Anderson

6

7

8                              **ORDER THEREON**

9          Based on the Parties' above Joint Stipulation, IT IS HEREBY SO

10  ORDERED THAT Defendant DIRECTV's time to serve and file a response to

11  Plaintiff's Complaint in the above-entitled action be extended from August 27,

12  2014 to September 24, 2014 pursuant to Local Rule 144(a).

13

14  DATE:  8/27/2014          /s/ John A. Mendez_____

15                            JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

19962284
JOINT STIPULATION TO EXTEND TIME AND ORDER THEREON [L.R. 144(a)]
Case No. 2:14-cv-01761-JAM-CKD