1 SNELL & WILMER L.L.P.
2 BECCA WAHLQUIST (State Bar No. 215948)
E-mail: bwahlquist@swlaw.com
3 350 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071
4 Telephone: (213) 929-2544
Facsimile: (213) 929-2525

5 *Attorneys for Defendant*
DIRECTV, LLC
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Samuel Anderson,<br><br>        Plaintiff,<br><br>  vs.<br><br>DIRECTV, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-01761-JAM-CKD<br><br>**SECOND JOINT STIPULATION EXTENDING TIME FOR DEFENDANT DIRECTV TO RESPOND TO COMPLAINT AND ORDER THEREON**<br>**[Local Rule 144(a)]**<br><br>Complaint Served:  August 6, 2014<br><br>Current Response Date:  September 24, 2014<br><br>Proposed Date:  October 24, 2014<br><br>Judge:  John A. Mendez |

1  Pursuant to Local Rule 144(a), Plaintiff Samuel Anderson ("Plaintiff"), and
2  Defendant DIRECTV, LLC ("DIRECTV"), by and through their respective
3  counsel, hereby stipulate to grant DIRECTV thirty (30) additional days to respond
4  to Plaintiff's Complaint as set forth below:

5  WHEREAS, Plaintiff filed a Complaint on July 25, 2014 naming DIRECTV
6  as a defendant in the action;

7  WHEREAS, on August 6, 2014, Plaintiff served DIRECTV with the
8  Summons and Complaint;

9  WHEREAS, pursuant to Federal Rule of Civil Procedure 12, DIRECTV's
10 response to Plaintiff's Complaint was initially due on August 27, 2014;

11 WHEREAS, pursuant to the Joint Stipulation Extending Time for Defendant
12 DIRECTV to Respond to Complaint and Order Thereon, DIRECTV's deadline to
13 respond to Plaintiff's Complaint was extended by 28 days to September 24, 2014;

14 WHEREAS, the parties are in the process of exploring whether the matter
15 can be resolved, and are continuing to investigate facts and provide each other with
16 information, and believe that additional time at this stage could assist in potentially
17 resolving Plaintiff's claims;

18 WHEREAS, in the interest of justice and in an effort to enhance judicial
19 efficiency and preserve resources, Plaintiff agrees to grant DIRECTV an additional
20 30 days in which to respond to the Complaint;

21 WHEREAS, the extension sought will not alter the date of any event or
22 deadline already fixed by Court Order;

23 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND
24 AGREE that the time in which DIRECTV shall respond to the Complaint in this
25 action shall be continued until October 24, 2014.
26 ///
27 ///
28 ///

Respectfully submitted,

DATED: September 23, 2014         SNELL & WILMER L.L.P.

By: /s/ Becca Wahlquist
    Becca Wahlquist
    Attorneys for DIRECTV, LLC


DATED: September 23, 2014         LEMBERG LAW, LLC

By: /s/ Trinette G. Kent (as authorized on September 19, 2014)
    Trinette G. Kent
    Attorneys for Samuel Anderson

## ORDER THEREON

Based on the Parties' above Joint Stipulation, IT IS SO ORDERED THAT Defendant DIRECTV's time to serve and file a response to Plaintiff's Complaint in the above-entitled action be extended from September 24, 2014 to October 24, 2014 pursuant to Local Rule 144(a).

DATE: 9/24/2014         /s/ John A. Mendez
    HON. JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, Joan MacNeil, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 2600, Los Angeles, CA 90071. On September 23, 2014, I served the within:

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT DIRECTV TO RESPOND TO COMPLAINT AND ORDER THEREON**

on the interested parties in this action addressed as follows:

- **Trinette Gragirena Kent**
  tkent@kentlawpc.com,tkent@lemberglaw.com

(**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically via the Eastern District of California's CM/ECF system, to the person(s) at the electronic mail addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 23, 2014, at Los Angeles, California.

/s/ Joan MacNeil
Joan MacNeil