1  TRINETTE G. KENT (State Bar No. 222020)
2  10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT 06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiffs,
   Samuel Anderson
12

13

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Samuel Anderson, | Case No.: 2:14-cv-01761-JAM-CKD |
|---|---|
| Plaintiffs, | **STIPULATION TO DISMISS ACTION** |
| vs. | |
| DIRECTV, LLC.; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

LEMBERG LAW, LLC                    DIRECTV, LLC


 /s *Trinette G. Kent*                    /s/ *Becca Wahlquit*
TRINETTE G. KENT                    BECCA WAHLQUIST
Attorney for Plaintiff              Attorney for Defendant
Samuel Anderson                     DIRECTV, LLC.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 17, 2015, I served a true copy of foregoing document(s): **STIPULATION TO DISMISS ACTION**

**BY ELECTRONIC FILING:** I hereby certify that on February 17, 2015 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for DIRECTV, LLC.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 17, 2015.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  */s/   Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Samuel Anderson